# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | : | Case No. **2:14-bk-51311** |
| | : | |
| **Mary L. Burke** | : | Chapter **13** |
| SSN: xxx-xx-5808 | : | |
| | : | Judge **John E. Hoffman** |
| | : | |
| Debtor | : | |

## AMENDMENT TO SCHEDULE I – 
## CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

Attached herewith is the Amended Schedule I – Current Income of Individual Debtor(s) of the above captioned Debtors.

Respectfully submitted,

/s/ Amy M. Levine_____
Amy M. Levine (0074126)
Amy M. Levine & Associates,
Attorneys at Law, LLC
147 Thurman Avenue
Columbus, Ohio 43206
Telephone: (614) 224-5291
Facsimile: (614) 224-5299
Email: alevine@ohiowvlaw.com
*Attorney for Debtor*